Ira M. Schwartz (State Bar No. 010448)
Michael A. Cordier (State Bar No. 014378)
DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 North 16th Street, Suite 330
Phoenix, AZ  85020
Telephone:  (602) 282-0500
Facsimile:  (602) 282-0520
ischwartz@dmylphx.com
mcordier@dmylphx.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Atlantic Recording Corporation, et al., | Case No.:  2:06-cv-02076-PHX-NVW |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Pamela And Jeffrey Howell, | |
| Defendants. | |

Plaintiffs respectfully submit this Statement of Facts in Support of Motion for Summary Judgment.  This Statement of Facts is submitted in accordance with Local Rule 56.1, Rules of the United States District Court for the District of Arizona.

1. Plaintiffs own valid copyrights in each of the fifty-four (54) registered sound recordings listed on Exhibit 1 hereto (the "Sound Recordings"), which Sound Recordings are also identified on Exhibit A to the Complaint (attached hereto as Ex. 2) and Schedule 1 (attached hereto as Ex. 3).  Plaintiffs have irrefutable proof that they own valid copyrights for each of the 54 Sound Recordings listed on Exhibit 1 hereto.  (Decl. of JoAn Cho, attached hereto as Ex. 4, at ¶¶ 3-5; Decl. of Jennifer Pariser, attached hereto as Ex. 5, at ¶¶ 3-5; Decl.

#1258571 v3

of Silda Palerm, attached hereto as Ex. 6, at ¶¶ 3-5; Decl. of Alasdair McMullan, attached hereto as Ex. 7, at ¶¶ 3-5).

2. Defendant Jeffrey Howell ("Defendant") has admitted that Plaintiffs own valid copyrights for the Sound Recordings, or that he has no facts to dispute Plaintiffs' ownership. (Resp. to Request for Admiss. Nos. 14-15, attached hereto as Ex. 8; Deposition of Jeffrey Howell ("Howell Depo.") at 252:9-22, attached here to as Ex. 9).

3. Plaintiffs' copyright registration for each of the fifty-four (54) Sound Recordings was effective prior to the date on which Plaintiffs observed Defendant infringing them. (Ex. 4 at ¶ 4; Ex. 5 at ¶ 4; Ex. 6 at ¶ 4; Ex. 7 at ¶ 4).

4. Defendant downloaded the KaZaA online media distribution system to his computer and created the "jeepkiller@KaZaA" user name. Through his use of the KaZaA file-sharing program, Defendant was distributing all of the Sound Recordings listed on Exhibit B to the Complaint (attached hereto as Ex. 10) over the Internet under the username "jeepkiller@KaZaA" to other KaZaA users. (Ex. 8 at Nos. 5-8; Ex. 9 at 164:3 to 165:24; 208:6-18; 209:16 to 210:9).

5. Exhibit B to the Complaint (Ex. 10 hereto) includes all of the sound recordings listed on Exhibit 1 hereto. (Ex. 9 at 208:6-18; 209:16 to 210:1).[1]

6. Through his use of the KaZaA online file sharing program, Defendant was actively distributing the 2329 sound recordings on Exhibit B to the Complaint (Ex. 10 hereto) at the time that Plaintiffs' detected his actions. (Ex. 10; Ex. 9 at 208:6-18; 209:16 to 210:9; Decl. of Elizabeth Hardwick, attached hereto as Ex. 11, at ¶ 9; Declaration of Plaintiffs' Expert Doug Jacobson, attached hereto as Exhibit 12, at ¶¶ 15-21).

---

[1] Exhibit 1 hereto is a subset of Exhibit A to the Complaint (Ex. 2 hereto) and Schedule 1 (Ex. 3 hereto).

2

#1258571 v3

7. Defendant was distributing each of the fifty-four (54) Sound Recordings listed in Exhibit 1 from the KaZaA shared folder on his computer hard drive to other KaZaA users.  (Ex. 9 at 208:6-18; 209:16 to 210:9).

8. Defendant did not have Plaintiffs' authorization to copy, download or distribute any of Plaintiffs' Sound Recordings.  (Ex. 4 at ¶ 6; Ex. 5 at ¶ 6; Ex. 6 at ¶ 6; Ex. 7 at ¶ 6).

Respectfully submitted this 5th day of July, 2007.

                              DECONCINI MCDONALD YETWIN & LACY, P.C.

                              By: *s/ Ira M. Schwartz*
                                   Ira M. Schwartz
                                   Michael A. Cordier
                                   7310 North 16th Street, Suite 330
                                   Phoenix, AZ  85020
                                   Telephone:  (602) 282-0500
                                   Facsimile:  (602) 282-0520
                                   ischwartz@dmylphx.com
                                   Attorneys for Plaintiffs

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 5, 2007, a copy of the foregoing document was served upon the Defendant via United States Mail at the following address:

>Pamela And Jeffrey Howell
>4192 N. 81st Street
>Scottsdale, Az 85251-2672
>*Defendants*

*s/ Ira M. Schwartz*

4

#1258571 v3