**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Atlantic Recording Corporation, et al., ) | No. CV 06-02076-PHX-NVW |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Pamela and Jeffrey Howell, wife and ) husband, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS ORDERED that Defendants' Motion to Reconsider (doc. # 47) is granted.

IT IS FURTHER ORDERED that the Order entered August 20, 2007 (doc. # 43) granting Plaintiff's Motion for Summary Judgment is vacated.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to File Supplemental Dispositive Motion (doc. # 50) is denied as moot.

IT IS FURTHER ORDERED that oral argument on Plaintiff's Motion for Summary Judgment (doc. # 30) is set for **October 18, 2007, at 10:00 a.m.**

DATED this 27th day of September 2007.

Neil V. Wake
United States District Judge